

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00543-CR

**EX PARTE** Juan Jose **SANTIAGO VILLALOBOS**

From the County Court, Maverick County, Texas
Trial Court No. 31577
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 19, 2023.

_____
Rebeca C. Martinez, Chief Justice